AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Middle District of Pennsylvania

FILED
~~WILLIAMSPORT~~

MAR 26 2024

PER ⟨AW⟩
DEPUTY CLERK

United States of America
v.

THOMAS GREEN

*Defendant(s)*

)
)
)
)
)
)
)

Case No. 4:24-MJ-00023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2022 to present__ in the county of __Montour__ in the __Middle__ District of __PA, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing, Impeding, and Retaliating against a Federal Official by Threat |
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:
See attached Affidavit of FBI TFO Daniel R. Switzer.

☑ Continued on the attached sheet.

_TFO Daniel Switzer_
*Complainant's signature*

Daniel R. Switzer, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/24

City and state: __WILLIAMSPORT, PA__

*Judge's signature*

U.S. Magistrate Judge William I. Arbuckle
*Printed name and title*