UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 4:24-CR-00089 |
| v. | : | (Chief Judge Brann) |
| **THOMAS GREEN,** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON

APR 09 2024

PER ___DJ___
DEPUTY CLERK

### General Allegations

At times material to this Indictment:

1. The defendant, THOMAS GREEN, was a resident of Montour County, in the Middle District of Pennsylvania.

2. Agents of the Federal Bureau of Investigation ("FBI"), an investigative agency of the United States Department of Justice, were authorized by law to engage in the prevention, detection, investigation, and prosecution of violations of federal law.

3. Beginning in or around 2019, GREEN made telephone calls to multiple FBI field offices from his own phone numbers. Many of the calls involved GREEN reporting alleged criminal conduct.

4. GREEN was the sole user in control of the email account associated with email address tgreen19872222@gmail.com.

### GREEN's Communications to the FBI

5. Beginning on or about August 18, 2022, and continuing through on or about March 18, 2024, GREEN made multiple telephone calls and electronic mail transmissions to multiple FBI field offices. On those calls and emails to the FBI, GREEN expressed his frustration with the FBI because he felt the FBI was not taking seriously the reports he made to the FBI regarding alleged criminal conduct, and GREEN made a series of threats to harm FBI personnel.

6. On or about August 18, 2022, GREEN called the FBI field office in Richmond, Virginia, and stated, "I guess something drastic needs to happen for me to get your attention. . . . Will a bunch of dead bodies get your attention?"

7. On or about July 27, 2023, GREEN called the FBI field office in Seattle, Washington, and stated, "I hope everyone in your office fucking burns. I want to see you all burn in a fucking fire. All you guys are all pieces of fucking shit; you understand me?" GREEN also stated, "I loved it when one of your agents got shot in Miami; that made me

2

happy." GREEN also stated, "You guys want to keep disrespecting me and don't want to do your job, and I'm getting sick of it. So I hope you guys fucking burn; that's what I'm trying to say."

8. On or about August 13, 2023, GREEN called the FBI field office in Louisville, Kentucky, and stated he had just made a threat to FBI New York and that someone was going to get hurt. GREEN alleged FBI "agents are obstructing justice and denying to enforce federal code 2261A." GREEN also stated there will be retaliation against an agent, and that he was going to attack a small office. GREEN also stated that if an agent disappeared, it was probably him.

9. On or about September 29, 2023, GREEN called the FBI field office in Williamsport, Pennsylvania, and made vague threats and expressed frustration that his case was not being investigated.

10. On or about October 6, 2023, GREEN called the FBI Williamsport field office and advised FBI personnel that he was calling for an update on his multiple complaints made to FBI Williamsport. GREEN alleged that FBI personnel were assisting the alleged criminal GREEN had been complaining about. GREEN asserted, therefore, that

3

if he went to FBI Williamsport and harmed FBI personnel he would go to court and be justified for self-defense.

11.  On or about October 15, 2023, GREEN called the FBI field office in Tampa, Florida, and stated that he was planning to hire an attorney to take legal action against the FBI. GREEN also stated, "You better hope I'm able to get an attorney. Otherwise, I'm getting a gun and showing up at an FBI office to kill someone."

12.  In or around November 2023, GREEN called the FBI field office in Columbia, South Carolina, and stated "I'm gonna tell you, man, there's a lot more ways I can get at you guys than just a bullet or a gun, just keep that in mind, dude." GREEN also stated, "And by the way, whatever I decide to do—whatever I decide to do—it's not going to fail; it won't. It'll all be planned. Is that understood?" GREEN also stated, "Let me go back to where I first started: It doesn't have to be a bullet. It can be. I mean, I'm sure I can get a long-range gun and snipe one of you guys out." GREEN also stated, "But at the same token, you know these threats I've been making and these threats I continue to make . . . it's a reminder of what could potentially happen if you guys continue to engage in corruption."

13. On or about December 2, 2023, and continuing through on or about December 3, 2023, GREEN called the FBI field office in Miami, Florida, multiple times. On at least one of the calls, GREEN stated he was "glad your agents got shot." On at least one of the calls, GREEN stated he "wish[ed] [he] was there to hear them scream." GREEN was referring to FBI Special Agents Laura Schwartzenberger and Daniel Alfin, who were members of FBI Miami and were killed while executing a search warrant. On one of the calls, GREEN stated, "You know it can happen again, right? Just be careful how you guys act. Just be careful. It can happen again; it can happen again. Take that however you want. . . . You know what I'm talking about. . . . I was speaking about how two of your agents died. I heard about it; I read about it in the news. And what I'm saying is, it can happen again. There's a lot of things I could do. . . . It can include lethal force. . . . Your agents have already gotten taken out . . . you don't want to see that happen again, do you?"

14. In or around January through March 2024, GREEN sent multiple emails to the FBI Columbia, South Carolina, Operations Center from the email address tgreen19872222@gmail.com. In those emails, GREEN inquired into an investigation of a hit and run

5

involving law enforcement and requested information from the FBI. GREEN also stated he went to the Williamsport FBI field office. GREEN also expressed his frustration with the FBI's handling of his allegations of criminal conduct and made violent threats towards FBI personnel. In one email, sent on or about March 18, 2024, GREEN wrote:

> I can make it where someone that works at one of your offices doesn't go home to there family, I can do that very easily. It's not going to take much I know where all your people are at. Be careful when you say there isn't enough evidence that little news clip I sent you speaks for itself its a module for the justice systems treatment towards me in this country. 1 misdemeanor I serve more time then the same detective involved with my case for 203 felonies which I also claimed innocence on. I'm not going to keep playing these games much longer I already communicated what's at stake for your people. I'll take someone's life there like it was nothing it's not gonna rest on my conchisous. BETTER BE CAREFUL!

## COUNTS 1–4
18 U.S.C. § 115(a)(1)(B)
(Influencing Federal Official by Threat)

15. Paragraphs 1–14 are incorporated here.

16. From on or about October 15, 2023, and continuing through on or about March 18, 2024, within the Middle District of Pennsylvania and elsewhere, the defendant,

6

## THOMAS GREEN,

did threaten to assault and murder federal law enforcement officers, that is, FBI agents, with intent to impede, intimidate, and interfere with such federal law enforcement officers while they were engaged in the performance of their official duties, and to retaliate against such federal law enforcement officers on account of the performance of their official duties, by speaking the following words over the telephone and writing the following words over email, with each communication being a separate count:

| Count | Date / FBI Office | Means | Threat to Agents |
|---|---|---|---|
| 1 | October 15, 2023 (Tampa, FL) | Telephone | GREEN stated, "You better hope I'm able to get an attorney. Otherwise, I'm getting a gun and showing up at an FBI office to kill someone." |
| 2 | November 2023 (Columbia, SC) | Telephone | GREEN stated, "I'm gonna tell you, man, there's a lot more ways I can get at you guys than just a bullet or a gun, just keep that in mind, dude." GREEN also stated, "And by the way, whatever I decide to do—whatever I decide to do—it's not going to fail; it won't. It'll all be planned. Is that understood?" GREEN also stated, "Let me go back to where I first started: It doesn't have to be a bullet. It can be. I mean, I'm sure I can get a long-range gun and snipe one of you guys out." GREEN also stated, "But at the same token, you know these threats I've been making and these threats I continue to make . . . it's a reminder of what could |

| Count | Date / FBI Office | Means | Threat to Agents |
|---|---|---|---|
| | | | potentially happen if you guys continue to engage in corruption." |
| 3 | December 3, 2024 (Miami, FL) [3] | Telephone | GREEN stated, "You know it can happen again, right? Just be careful how you guys act. Just be careful. It can happen again; it can happen again. Take that however you want. . . . You know what I'm talking about. . . . I was speaking about how two of your agents died. I heard about it; I read about it in the news. And what I'm saying is, it can happen again. There's a lot of things I could do. . . . It can include lethal force. . . . Your agents have already gotten taken out . . . you don't want to see that happen again, do you?" |
| 4 | March 18, 2024 (Columbia, SC) | Email | GREEN wrote, "I can make it where someone that works at one of your offices doesn't go home to there family, I can do that very easily. It's not going to take much I know where all your people are at. Be careful when you say there isn't enough evidence that little news clip I sent you speaks for itself its a module for the justice systems treatment towards me in this country. 1 misdemeanor I serve more time then the same detective involved with my case for 203 felonies which I also claimed innocence on. I'm not going to keep playing these games much longer I already communicated what's at stake for your people. I'll take someone's life there like it was nothing it's not gonna rest on my conchisous. BETTER BE CAREFUL!" |

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

8

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
18 U.S.C. § 875(c)
(Interstate Threats)

17. Paragraphs 1–14 are incorporated here.

18. On or about March 18, 2024, within the Middle District of Pennsylvania, the defendant,

**THOMAS GREEN**,

did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, that is, GREEN transmitted, through electronic mail, the following threat to injure FBI agents:

| Count | Date / FBI Office | Means | Threat to Agents |
|---|---|---|---|
| 5 | March 18, 2024 (Columbia, SC) | Email | GREEN wrote, "I can make it where someone that works at one of your offices doesn't go home to there family, I can do that very easily. It's not going to take much I know where all your people are at. Be careful when you say there isn't enough evidence that little news clip I sent you speaks for itself its a module for the justice systems treatment towards me in this country. 1 misdemeanor I serve more time then the same detective involved with my case for 203 felonies which I also claimed innocence on. I'm not going to keep playing these games much longer I already communicated what's at stake for your people. I'll take someone's life there like it was nothing it's not gonna rest on my conchisous. BETTER BE CAREFUL!" |

9

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

_____
KYLE A. MORENO
Assistant United States Attorney

4/9/2024
Date